| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)  Munley, James M | 2. Court or Organization  U.S. District Court, MDPA | 3. Date of Report  04/08/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge (Active | 5. ReportType (check appropriate type)  ○ Nomination, Date  ○ Initial  ● Annual  ○ Final | 6. Reporting Period  01/01/2004  to  12/31/2004 |
| 7. Chambers or Office Address  William J. Nealon Fed. Bldg.  235 N. Washington Ave.  Scranton, PA 18501-1247 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

RECEIVED 2005 APR 18 P 3: 35 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | Commonwealth of PA Retirement Plan - Life Annuity |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Commonwealth of PA, Retirement Plan | $77,623.14 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Marywood University (Professor) - Salary |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | New York Intellectual Property Law Association Annual Dinner | March 18-19, New York, New York, food, lodging and transportation. |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Munley, James M | 04/08/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. AT&T Common Stodk - ▮▮▮ | A | Dividend | J | T | | | | | |
| 2. Merck Common Stock ▮▮▮ | A | Dividend | J | T | | | | | |
| 3. AT&T Wireless - ▮▮▮ Common Stock | A | Dividend | J | T | | | | | |
| 4. Marywood University     TIRA-CREFF Account | C | Interest | N | T | | | | | |
| 5. Vanguard Mutual Fund  Prime Money Market - (3)IRA | B | Interest | M | T | | | | | |
| 6. Jenny Montgomery      Money Mart Account | A | Interest | M | T | | | | | |
| 7. Vanguard Mutual Fund     Prime Money Market - (3)IRA | | | | | sell | 1/30 | K | | |
| 8. Vanguard Mutual Fund 500 Index | | | | | buy | 1/30 | K | | |
| 9. Vanguard Mutual Fund 500 Index | | | | | sell | 8/13 | K | | |
| 10. Vanguard Mutual Fund     Prime Money Market | | | | | buy | 8/13 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Munley, James M | 04/08/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Item 5 represents 3 IRA's. Under my name is a rollover IRA and a traditional IRA. The third IRA is a much smaller traditional IRA in  name. I added the 3 together for reporting purposes.

The sale in Item 7 on 1/30 and the buy in Item 8 on 8/13 were simply funds moved from Vanguard's Prime Money Mart (because Prime Money Mart was not doing well) to Vanguard's 500 Index and then back to Vanguard's Prime Money Mart later in the year in items 9 and 10.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Munley, James M | 04/08/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

Date_____April 8, 2005

NOTE: AN̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

    Committee on Financial Disclosure
    Administrative Office of the United States Courts
    Suite 2-301
    One Columbus Circle, N.E.
    Washington, D.C.  20544